UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF THE STATE OF FLORIDA
ORLANDO DIVISION

IN RE: ) Case No. 01-01318
)
Amerivision Outdoor Inc., ) (Chapter 7)
DEBTOR )

FILED VIA MAIL
SEP 2 9 2006
CLERK U.S. BANKRUPTCY
ORLANDO, FL

APPLICATION FOR ORDER DIRECTING PAYMENT
OF FUNDS TO CREDITOR/CLAIMANT PURSUANT TO
11 U.S.C. SECTION 347 AND 28 U.S.C. SECTIONS 2041 ET. SEQ.

General Growth Management, Inc. (the "Claimant") a claimant in the captioned case respectfully requests as follows:

1. Claimant was a creditor of the Debtor and was due to receive and the trustee did, in fact, make a distribution from the estate to the Claimant in the amount of approximately $1,544.86. The Claimant was not located and the funds of the Claimant were paid into the Court pursuant to 11 U.S.C. § 347. The Claimant's current name, address, telephone number are: Sam Garber General Growth Management, Inc., 110 N Wacker Drive, Chicago, IL 60606, (312) 960-5079, SSN/FID# .

2. Pursuant to 11 U.S.C. § 347 and chapter 129 of title 28, United States Code, the Claimant requests that the Court issue an order directing payment to the Claimant and that payment be made in care of the party set forth below.

WHEREFORE, Claimant requests that the Court issue an order directing payment of all funds held by the Court for the Claimant in this case and for such further and other relief as is just and appropriate.

General Growth Management, Inc.

By: _____
Greg Griffith
3855 South Boulevard, Suite 200
Edmond, OK 73013
(405) 340-4900

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: ) Case No. 01-01318
Amerivision Outdoor Inc., ) (Chapter 7)
)

DEBTOR

AFFIDAVIT OF SERVICE & AWARENESS
OF STATE REQUIREMENTS

Notice is hereby given to the court that on 9/26, 2006 the US Attorney was advised via the US Postal Service at the address below, of the intent of Greg Griffith of American Property Locators, Inc., to apply for the release of unclaimed funds in the above named case on behalf of General Growth Management, Inc..

United States Attorney
Attn: Civil Process Clerk
400 N. Tampa Street, Suite 3200
Tampa, FL 33602-4708

I, Greg Griffith, hereby state that I am aware of the state law requirements for being a personal representative in the State of Florida.

_____
Greg Griffith

SUBSCRIBED AND SWORN before me this 26 day of September 2006.

_____
Notary Public

## LIMITED POWER OF ATTORNEY

General Growth Management, Inc., ("Principal") executes this Limited Power of Attorney with the intention that the attorney-in-fact named below shall be able to act in his\her place for the purposes and duration set forth below.

Principal appoints Greg Griffith of American Property Locators, Inc., 3855 South Boulevard, Suite 200, Edmond, OK 73013 to be his\her attorney-in-fact to act for him\her in his\her name and place, and in any capacity that Principal might act,

### ONLY to recover cash or cash equivalents specifically arising from the bankruptcy of Amerivision Outdoor Inc., in the amount of $1,544.86 that belong to the Principal,

and may be paid to the Principal after compliance with procedures of applicable laws (the "Unclaimed Funds").

This Limited Power of Attorney shall become effective on the date written below, and shall remain effective, for one year from such date or until the Unclaimed Funds are claimed and remitted to Principal, whichever is sooner.

Principal's attorney-in-fact shall have all of the powers, discretions, elections, and authorities granted by law (including the endorsement of any instrument of payment on behalf of Principal) in connection with the claim, execution, acknowledgment, and delivery of any and all documents necessary or connected with claiming and recovering for Principal the Unclaimed Funds. Principal authorizes the use of a photocopy of this Limited Power of Attorney, for any purpose, in lieu of the original.

DATED this 22nd day of September, 2006.

**PRINCIPAL:**
General Growth Management, Inc.
Federal ID # 42-1285297
By: Samuel B. Garber
Title: Assistant General Counsel

**PRINCIPAL'S ADDRESS:**
110 N Wacker Drive
Chicago, IL 60606
(312) 960-5079

### ACKNOWLEDGMENT

STATE OF Illinois )
COUNTY OF Cook )

Before me a Notary Public, in and for said County and State on this 22nd day of September, 2006 personally appeared Samuel B. Garber to me known to be the identical person who subscribed his/her name to the foregoing instrument as its Asst. General Counsel (title), and acknowledged to me that he/she executed the same as his/her free and voluntary act and deed of such corporation, for the purposes therein set forth.

In Witness Whereof, I have hereunto set my official signature and affixed my official seal the day and year first above written.

My Commission Expires:
7.10.2009

Dorothy C. Maleski
Notary Public

"OFFICIAL SEAL"
DOROTHY C. MALESKI
Notary Public, State of Illinois
My Commission Expires 07/10/09



**Sam Garber**
Assistant General Counsel

110 North Wacker Drive, Chicago, IL 60606
**312-960-5079**  fax 312-960-5994
Sam.Garber@generalgrowth.com



SERVICES    PROGRAMS    PRESS    PUBLICATIONS    DEPARTMENTS    CONTACT

# CORPORATION FILE DETAIL REPORT

| | | | |
|---|---|---|---|
| Entity Name | GENERAL GROWTH MANAGEMENT, INC. | File Number | 55518475 |
| Status | GOODSTANDING | | |
| Entity Type | CORPORATION | Type of Corp | FOREIGN BCA |
| Qualification Date (Foreign) | 05/15/1989 | State | DELAWARE |
| Agent Name | PRENTICE HALL CORPORATION | Agent Change Date | 05/15/1989 |
| Agent Street Address | 33 NORTH LASALLE STREET | President Name & Address | ROBERT A MICHAELS 110 N WACKER CHICAGO 60606 |
| Agent City | CHICAGO | Secretary Name & Address | BERNARD FREIBAUM SAME |
| Agent Zip | 60602-2607 | Duration Date | PERPETUAL |
| Annual Report Filing Date | 08/04/2006 | For Year | 2006 |
| Old Corp Name | 12/01/1989 - GENERAL GROWTH MANAGEMENT, INC.<br>03/09/1992 - GENERAL GROWTH/CENTER COMPANIES, INC. | | |

Return to the Search Screen

BACK TO CYBERDRIVEILLINOIS.COM